# Court of Appeals
## Tenth Appellate District of Texas

10-25-00391-CR

Bradley Hunter Golden,
Appellant
v.
The State of Texas,
Appellee

On appeal from the
19th District Court of McLennan County, Texas
Judge Thomas C. West, presiding
Trial Court Cause No. 2024-678-C1

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Bradley Hunter Golden was convicted of burglary of a vehicle, enhanced, and sentenced to 15 years in prison. We affirm the trial court's judgment.

Golden's appointed counsel filed a motion to withdraw and an *Anders* brief in support of the motion asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Counsel's brief evidences a professional evaluation of the record for error and compliance

with the other duties of appointed counsel.  We conclude that counsel has performed the duties required of appointed counsel.  *See Anders*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978); *see also Kelly v. State*, 436 S.W.3d 313, 319-320 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008).

In reviewing an *Anders* appeal, we must, "after a full examination of all the proceedings, ... decide whether the case is wholly frivolous."  *Anders*, 386 U.S. at 744; *see Penson v. Ohio*, 488 U.S. 75, 80, 109 S. Ct. 346, 102 L. Ed. 2d 300 (1988); *accord Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991).  An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact."  *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n. 10, 108 S. Ct. 1895, 100 L. Ed. 2d 440 (1988).  After a review of the entire record in this appeal, we have determined the appeal to be wholly frivolous.  *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005).  Accordingly, we affirm the trial court's judgment.

Counsel's motion to withdraw from representation of Golden is granted.

_____
LEE HARRIS
Justice

OPINION DELIVERED and FILED:  May 7, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Affirmed
Motion granted
Do Not Publish
CR25

